**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kintae JONES, Petitioner**

**No. 360 EAL 2016**

Supreme Court of Pennsylvania.

December 13, 2016

## ORDER

PER CURIAM

**AND NOW,** this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Darnell BROWN, Respondent**

**No. 352 EAL 2016**

Supreme Court of Pennsylvania.

December 14, 2016

## ORDER

PER CURIAM

**AND NOW,** this 14th day of December, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner is:

(1) Did the Superior Court err when it rejected binding Confrontation Clause authority and held as a matter of first impression that autopsy reports are testimonial?